**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10404 |
| Plaintiff - Appellee, | D.C. No. 4:14-cr-00399-RCC |
| v. | |
| MELVIN FLORES-ORTIZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Raner C. Collins, Chief Judge, Presiding

Submitted June 22, 2015**

Before:     HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

Melvin Flores-Ortiz appeals from the district court's judgment and

challenges the 18-month sentence imposed following his guilty-plea conviction for

attempted exportation of a firearm and magazines, in violation of 18 U.S.C. § 554.

We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

Flores-Ortiz contends that he received ineffective assistance of counsel because his attorney failed properly to explain his plea deal. Contrary to Flores-Ortiz's contention, the record does not permit us to consider his ineffective assistance argument on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011) (this court reviews ineffective assistance claims on direct appeal only where the record is sufficiently developed or inadequate representation is obvious). Flores-Ortiz may pursue this claim through a motion under 28 U.S.C. § 2255.

**AFFIRMED.**

14-10404